IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MCCAIN,

    Plaintiff,                      No. CIV S-05-2429 DFL JFM PS

   vs.

SACRAMENTO COUNTY, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). However, plaintiff checked both the "yes" and "no" boxes in response to question 5, so the court is unable to determine whether he is eligible for in forma pauperis status. Plaintiff will be provided the opportunity to submit a revised affidavit in support of his request to proceed in forma pauperis to clarify his answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty days from the date of this order, a revised application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

DATED: January 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mccain.ifp