IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MCCAIN,

    Plaintiff,                    No. CIV S-05-2429 DFL JFM PS

    vs.

COMMISSIONER, JOAN BERNHART, ET AL.,

    Defendants.          <u>ORDER</u>

/

        Plaintiff is proceeding in this action pro se and in forma pauperis, pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302(c)(21). By order filed February 7, 2006, plaintiff's complaint was dismissed and plaintiff was granted thirty days in which to file an amended complaint. On February 13, 2006, plaintiff filed an amended complaint.

        In this filing, plaintiff claims he is contesting and "objecting to your finding sir." (<u>Id.</u> at 1.) Plaintiff then elaborates on numerous health problems he suffered and states he is objecting to findings and recommendations. (<u>Id.</u> at 2.) However, no findings and recommendations have issued in this action.

        The February 13, 2006 filing does not appear to be an amended complaint intended to be filed in this action. Moreover, it does not set forth the names of defendants nor their specific roles, if any, in violating plaintiff's constitutional rights. Plaintiff has failed to

1

comply with this court's February 7, 2006 order concerning the requirements of an amended complaint.

Accordingly, the court will dismiss plaintiff's February 13, 2006 amended complaint and grant plaintiff an additional thirty days in which to file a second amended complaint that complies with this court's February 7, 2006 order.  Plaintiff is cautioned that failure to timely comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 13, 2006 amended complaint is dismissed.

2. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the second amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint"; plaintiff must file an original and two copies of the second amended complaint; failure to file a second amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff a blank form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983 action.

DATED: April 7, 2006.

UNITED STATES MAGISTRATE JUDGE

001; mccain.lta2

2